# Exhibit 6

📧 Outlook

---

**Re: [External] Paulsen v. Silver Cinemas Acquisition, Co d/b/a Landmark Theatres // Defendant's Readily Achievable Defense**

---

**From** Conrad Reynoldson <conrad@wacda.com>

**Date** Thu 7/9/2026 2:44 PM

**To** Abigail Zeimis <azeimis@sheppard.com>

**Cc** Aubrie Hicks <aubrie@dobsonhicks.com>; Beth Terrell <bterrell@terrellmarshall.com>; Eden Nordby <enordby@terrellmarshall.com>; Blythe Chandler <bchandler@terrellmarshall.com>; Dustine Bowker <dustine@wacda.com>; WACDA Office <office@wacda.com>; Greg Hurley <ghurley@sheppard.com>

Good afternoon Abigail,

It's not clear to us exactly what you are proposing. If Defendants decide to drop their readily achievable defense, what would they do at the end of the 10-day period? Would you sign a stipulation stating that Defendants waive all defenses and arguments based on 42 U.S.C. § 12181(9), or are you proposing something else? If Defendants decide to maintain their readily achievable defense, will you provide the complete supplemental production we have requested on July 20?

If we agree not to file our motion to compel records responsive to RFP Nos. 9 and 10 during the requested 10-day period, it will be on the condition that we will immediately file our motion to compel (or serve our portion of an LCR 37 submission), and seek our fees if we don't receive either a stipulation as described above or the complete set of requested documents by 5 pm PST on July 20. Given the limited time remaining before the discovery cutoff, we will not be able to agree to any further extensions.

Also, please let us know whether Defendants agree to the use of the LCR 37 procedure for discovery motions, which we raised when we conferred, and Eden followed up on in the attached June 18 email.

We look forward to your response.

Thanks,

-Conrad

On Wed, Jul 8, 2026 at 2:37 PM Abigail Zeimis <azeimis@sheppard.com> wrote:

> Counsel:
>
> We are considering dropping our readily achievable defense but kindly ask for 10 days to decide. However, we would also need an extension on our supplemental responses since certain information in Plaintiff's requests go to that defense. We would prefer to avoid filing an amended answer, if possible, so we appreciate your flexibility.
>
> Best,
>
> Abigail

**Abigail C. Zeimis**

Associate



650 Town Center Drive, 10th Floor

Costa Mesa, CA 92626

Direct +1.714.424.8225 | Office +1.714.513.5100

azeimis@sheppard.com | Bio | LinkedIn | sheppard.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

--
**Conrad Reynoldson**, Attorney at Law
Washington Civil & Disability Advocate
www.wacda.com
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Office (206) 428-3172
Direct (206) 876-8515

This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is subject to attorney client and work product privilege and is not subject to discovery or disclosure. If you are not the intended recipient, you are hereby notified that you received this document in error, and any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this communication in error, notify us immediately by replying to this message via e-mail.



This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.