UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEG PAULSEN,

Plaintiff,

v.

SILVER CINEMAS ACQUISITION, CO D/B/A LANDMARK THEATRES,

Defendant.

Case No. 2:25-cv-01626-JHC

**ORDER**

NOTED FOR CONSIDERATION ON JULY 23, 2026

Upon consideration of Defendant Silver Cinemas Acquisition Co. d/b/a Landmark Theatres' ("Landmark") Ex Parte Application to File an Amended Answer [Dkt. # 21], and other materials properly before the Court, **IT IS HEREBY ORDERED:**

The Application is **GRANTED** as follows:

1. The Court amends the Scheduling Order [Dkt. 13] regarding the amendment deadline to allow Defendant to file an amended answer no later than July 31, 2026.

**IT IS SO ORDERED.**

Dated: July 27, 2026

John H. Chun
United States District Judge