UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MEG PAULSEN,

Plaintiff,

v.

SILVER CINEMAS ACQUISITION, CO. D/B/A LANDMARK THEATRES,

Defendants.

NO. 2:25-cv-01626-JHC

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL REGARDING REQUESTS FOR PRODUCTION NOS. 9 AND 10**

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Regarding Requests for Production Nos. 9 and 10. Dkt. # 19. The Court has considered the materials submitted in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion and ORDERS Defendant to produce documents in response to Plaintiff's Requests for Production Nos. 9 and 10 no later than ten court days from the date of this Order.

The Court finds that Plaintiff is entitled to an award of reasonable attorneys' fees. The Court finds that the rates cited by Plaintiff's counsel are reasonable and appropriate based on the skill, experience, sophistication, reputation, and accomplishments of each attorney and summer associate. The Court also finds some of the time billed by each attorney to be reasonable. Thus, Defendant is ordered to pay $5,000 to Plaintiff's counsel within ten court days from the date of this Order.

IT IS SO ORDERED.

DATED this 14th day of August, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge