UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEG PAULSEN,<br><br>Plaintiff,<br><br>v.<br><br>SILVER CINEMAS ACQUISITION, CO. D/B/A LANDMARK THEATRES,<br><br>Defendant. | NO. 2:25-cv-01626-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

1. Plaintiff filed a motion for summary judgment (Dkt. # 29) on August 14, 2026, which is fully briefed and not affected by this stipulated motion.

2. Defendant filed a motion for summary judgment (Dkt. # 41) on October 5, 2026, which was the due date for dispositive motions (*see* Dkt. # 13).

3. Due to competing deadlines in other matters as well as work travel obligations, the parties jointly request an extension of the briefing schedule for Defendant's motion for summary judgment set by LCR 7(d).

4. Specifically, the parties request that the due date for Plaintiff's response be extended from October 26 to November 9, 2026, and that the due date for Defendant's reply be extended to November 30, 2026.

5. The proposed briefing schedule leaves more than a month between filing the last brief on summary judgment and the January 11, 2027, due date for the agreed pretrial order.

RESPECTFULLY SUBMITTED AND DATED this 19th day of October, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Conrad Reynoldson, WSBA #48187
Email: conrad@wacda.com
Dustine Bowker, WSBA #63263
Email: dustine@wacda.com
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, Washington 98105
Telephone: (206) 428-3172

*Attorneys for Plaintiff*

DC LAW GROUP

By: /s/ Gregory F. Hurley
Mathew J. Cunanan, WSBA #42530
Email: matthew@dclglawyers.com
126 SW 148th Street, Suite C100-201
Burien, Washington 98166
Telephone: (206) 494-0400

Abigail C. Zeimis, Admitted Pro Hac Vice
Email: azeimis@sheppardmullin.com
Gregory F. Hurley, Admitted Pro Hac Vice
Email: ghurley@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Dr., 10th Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to re-note Defendant's motion for summary judgment (Dkt. # 41) for November 30, 2026.

DATED this 19th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE