UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEG PAULSEN,

Plaintiff,

v.

SILVER CINEMAS ACQUISITION, CO D/B/A LANDMARK THEATRES,

Defendant.

Case No. 2:25-cv-01626-JHC

**ORDER**

This matter comes before the Court on Defendant's motion to quash. Dkt. # 25. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendant at Dkt. ## 25 and 34, the Court GRANTS the request to quash and DENIES the request for sanctions. While the Court declines to adopt Plaintiff's proposal that Defendant be precluded from relying on evidence about work done by PPG at the Crest (Dkt. # 32 at 10), if appropriate, Plaintiff may move to strike, and/or move in limine to exclude, any of such evidence.

Dated: October 21, 2026.

John H. Chun
United States District Court Judge